■ HENDRICKS v AROL DEVELOPMENT CORPORATION. [651 NYS2d 263] —Motion for reargument of order entered on August 22, 1996 (230 AD2d 959) dismissing the appeal, and for reinstatement of dismissed appeal, denied in its entirety. Concur—Milonas, J. P., Ellerin, Rubin, Nardelli and Williams, JJ.

■ BAS v NYCTA. [651 NYS2d 263] —Motion for reargument of this Court's order entered on September 19, 1996 (231 AD2d 970) and to restore appeal to the calendar of this Court, denied in its entirety. Concur—Rosenberger, J. P., Wallach, Tom, Mazzarelli and Andrias, JJ.

■ DANON v DEPARTMENT OF FINANCE OF THE CITY OF NEW YORK. [651 NYS2d 263] —Motion *pro se* for renewal/reargument of order entered on September 5, 1996 (231 AD2d 970) denied. Concur—Rosenberger, J. P., Wallach, Tom, Mazzarelli and Andrias, JJ.